32 P.3d 105

| | | |
|---|---|---|
| 23436, | State v. Gibson | |
| 23437, | State v. Delmonico | |
| 23438, | State v. Ward | |
| 23452, | State v. Capelle | |
| 23453, | State v Torres | |
| 23561, | State v. Bailey | |
| 23596 | State v. Song | Affirmed |
| 23498 | State v. Tavares | Vacated and Remanded |

**Aug. 30, 2001**

| | | |
|---|---|---|
| 23034 | State v. Hauanio, Jr. | Dismissed |

**Aug. 31, 2001**

| | | |
|---|---|---|
| 23659 | Doe Children, In re | Affirmed |
| 23665, 23682 | Doe, In re | Affirmed |
| 21195 | State v. Dunse | Remanded |
| 23439 | State v. Kelly | Affirmed |

**Sept. 24, 2001**

| | | |
|---|---|---|
| 23810 | State v. Grindling | Dismissed |
| 23699 | State v. Johnson | Affirmed |

**Sept. 28, 2001**

| | | |
|---|---|---|
| 23626 | State v. Schmidt | Reversed |

**Oct. 4, 2001**

| | | |
|---|---|---|
| 22942 | State v. Mendoza | Affirmed |